IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES L. TATE, JR.,

       Plaintiff,

v.                                        4:10cv208-WS

PAUL HAWKES, et al.,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 23, 2010. See Doc. 22. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed for failure to state a claim upon which relief may be granted and because the plaintiff seeks monetary relief against numerous defendants who are immune from such relief. The plaintiff has filed an "Amended Notice of Appeal" (doc. 23)—which is directed to the Eleventh Circuit—in response to the magistrate judge's report and recommendation. Because there has been no final order or judgment entered in the case, the plaintiff's "appeal" is premature. The court, therefore, will construe the "appeal" as objections to the magistrate judge's report and recommendation.

Having considered the record in light of the plaintiff's "appeal" or objections, the

court finds that the case must be dismissed as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted and because the plaintiff seeks monetary relief against numerous defendants who are immune from such relief.

3. The clerk shall enter judgment accordingly, noting on the docket sheet that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. If the plaintiff wants to appeal the judgment, he must file a notice of appeal directed to that judgment. His prematurely-filed "Amended Notice of Appeal" will not serve to effectuate an appeal to the Eleventh Circuit.

5. If the plaintiff files a notice of appeal, the clerk shall refer the plaintiff's motion to proceed *in forma pauperis* (doc. 24) to the magistrate judge.

DONE AND ORDERED this ___16th___ day of ___September___, 2010.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE